FILED
September 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002964053

**2**

Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA 95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| In re: **BRETT WILLIAM TYGETT and COLLETTE MARIE TYGETT**, Debtors. | Case No. 10-32074-C-7<br>DCN: SMD - 1<br><br>DATE: November 2, 2010<br>TIME: 9:30 A.M.<br>DEPT: C<br>COURTROOM: 35 (6th Floor) |
|---|---|

**MOTION TO APPROVE STOCK SALE AGREEMENT**

TO: THE HONORABLE CHRISTOPHER M. KLEIN, JUDGE, U. S. BANKRUPTCY COURT; THE OFFICE OF THE U. S. TRUSTEE; THE ABOVE-CAPTIONED DEBTORS; AND, THE DEBTORS' ATTORNEY.

SUSAN DIDRIKSEN ("Trustee") hereby moves for approval of the sale of the estate's ownership interest in Integrated Commercial Insurance Solutions, Inc. to the Debtors for $20,266.38, subject to overbidding at the hearing. In support thereof, it is respectfully represented that:

1. This case was commenced by the filing of a voluntary Chapter 7 petition on May 7, 2010. Trustee is the duly appointed trustee for the Debtors' estate.
2. Among the assets of the bankruptcy estate is the Debtors' ownership of Integrated Commercial Insurance Solutions, Inc., through which the Debtor operates a commercial insurance business.

3. There remains available to the Debtors $14,766.38 unused “wild card” exemption under California Code of Civil Procedure Section 703(b)(5).

4. The Debtors desire to buy and Trustee desires to sell the bankruptcy estate’s interest in the foregoing property, subject to bankruptcy court approval.

5. The gross purchase price to be paid by the Debtors to Trustee is $20,266.38, payable as follows: (a) six monthly installments of $916.67 due on the first of each month in the form of cashier’s check; and (b) waiver of the $14,766.38 balance available under the “wild card” exemption.

6. In the event the Debtors are outbid, Trustee shall remit to the Debtors from the sale proceeds the sum of $14,766.38 for the “wild card” exemption.

7. Approving the sale is in the best interests of the estate.

WHEREFORE, Trustee prays that the motion be granted, and for such other and further relief as is necessary and proper.

Respectfully submitted,

Dated: September 29, 2010

/s/ Susan M. Didriksen
Susan M. Didriksen, Chapter 7 Trustee